IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02112-WYD-BNB

MICHAEL R. LYNCH,

        Plaintiff,

v.

LLOYD T. BULMAN,
JOHN LATHAM LATTA, individually,
JOHN LATHAM LATTA, as an officer, shareholder and/or agent of John L. Latta P.C.,
    a Professional Corporation,
JOHN CASE, individually, and
JOHN CASE, as a partner, shareholder and/or agent of Benson & Case, LLP,
    a Limited Liability Partnership,

        Defendants.

---

## ORDER TO CURE DEFICIENCY

Daniel, Judge

Plaintiff submitted a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed.R.App.P. 24 on January 9, 2006. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      __ is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      __ is not submitted
      __ is missing affidavit
      X  is missing certified copy of prisoner's trust fund statement for the <u>6-month period immediately preceding this filing</u>
      __ is missing required financial information

    __ is missing an original signature by the prisoner
    __ is not on proper form (must use the court's current form)
    __ other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

Dated: January 12, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge