IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-02112-WYD-BNB

MICHAEL R. LYNCH,

   Plaintiff,

v.

LLOYD T. BULMAN, et al.,

   Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court in connection with the Order and Judgment of the United States Court of Appeals for the Tenth Circuit dated October 15, 2007 and the Mandate of November 20, 2007. In the Order and Judgment, the Tenth Circuit reversed the dismissal without prejudice of Plaintiff's Fourth Amendment unlawful arrest/detention claims, affirmed the grant of summary judgment as to the remainder of the claims, and remanded with instructions that the Court enter summary judgment on Plaintiff's Fourth Amendment unlawful arrest/ detention claims.

Pursuant to and in accordance with the Order and Judgment of the Tenth Circuit and the Mandate, it is

ORDERED that the record shall reflect that Defendants' Motion for Summary Judgment on Plaintiff's Amended Prisoner Complaint (docket # 106) is **GRANTED** as to Plaintiff's Fourth Amendment unlawful arrest/detention claims (Claims 1 - 4). Summary judgment shall enter in favor of Defendants on those claims.

Dated: November 20, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge